**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ALEXANDER X. WILLIAMS,

            Petitioner,

-vs-                                                Case No.  6:04-cv-1815-Orl-31DAB

FLORIDA ATTORNEY GENERAL AND
SECRETARY DEPARTMENT OF
CORRECTIONS,

            Respondents.
_____

## ORDER

This case is before the Court on the following matters:

1.    Petitioner's Reply (Doc. No. 17, filed August 15, 2005) is **STRICKEN** because it exceeds twenty pages in length.  *See* Local Rule 3.01(c).  The Clerk of the Court is directed to remove the pleading from the record and to return it to Petitioner.

2.    Respondents filed a Response (Doc. No. 12), in which they incorporate a request to dismiss the Petition.  They submitted numerous documents in support of their request to dismiss the Petition.

Petitioner will be provided with an opportunity to file a reply to the Response.  Petitioner should not depend upon the mere allegations in his pleadings to counter the Response. Petitioner should respond with counter sworn affidavits and/or documents to set forth specific facts showing that there is a genuine issue of material fact in dispute.  If Petitioner fails to respond to the Response, or, if he responds and the response does not demonstrate that there is a genuine issue of material fact, the Court may declare that the facts in the affidavits and/or documents supporting the Response

are established as true and that there is no genuine issue of material fact in dispute.  In that event, if the applicable law allows, Respondents will be entitled to have the case dismissed and final judgment entered in their favor based upon the pleadings, affidavits, and other documentation.  In that event, there will be no evidentiary hearing, and the case will be terminated in this Court.

Petitioner shall have **THIRTY (30) DAYS** from the date of this order to reply to the Response.  Thereafter, the Response will be taken under advisement by the Court and an order entered thereon without further notice.  Petitioner is again warned that an order could result in the case being terminated without any further proceedings.

**DONE AND ORDERED** in Orlando, Florida, this 30th day of August, 2005.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 8/26
Counsel of Record
Alexander X. Williams