**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEXANDER X. WILLIAMS,

                Petitioner,

v.                                      Case No.  6:04-cv-1815-Orl-31DAB

FLORIDA ATTORNEY GENERAL AND
SECRETARY DEPARTMENT OF
CORRECTIONS,

                Respondents.
_____

## ORDER

This case is before the Court on the following motions:

1.

| MOTION: | PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 29) |
|---|---|
| FILED: | December 12, 2005 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Any appeal by Petitioner would not be taken in good faith because Petitioner has failed to

make a substantial showing of the deprivation of any federal constitutional right.  *See* 28 U.S.C. §

1915(a)(3); Fed. R. App. P. 24(a).  Thus, Petitioner is not entitled to appeal as a pauper, and

Petitioner shall pay the $255.00 appellate filing fee.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P.

24(a).

2.

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 28)** |
| **FILED:** | **December 12, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 14th day of December, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 12/14
Counsel of Record
Alexander X. Williams